UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBRIA TERESE HARRIS,

    Plaintiff,

v.

    Case No. 23-cv-12350
    Hon. Matthew F. Leitman

ENDURANCE AMERICA
INSURANCE COMPANY, *et al.*,

    Defendants.
_____/

**ORDER (1) DENYING PLAINTIFF'S MOTION TO REMAND (ECF No. 7); (2) DISMISSING CLAIMS AGAINST DEFENDANT N290KA, LLC; (3) GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT; AND (4) TERMINATING DEFENDANTS' MOTION TO DISMISS (ECF No. 4) AS MOOT**

On October 11, 2023, the Court held an on-the-record status conference in this action. For the reasons explained during the status conference, **IT IS HEREBY ORDERED** as follows:

- Plaintiff's motion to remand (ECF No. 7) is **DENIED**;

- Plaintiff's claims against Defendant N290KA, LLC are **DISMISSED**;

- Plaintiff is granted leave to file a First Amended Complaint by no later than **November 13, 2023**; and

- Defendants' motion to dismiss (ECF No. 4) is **TERMINATED AS MOOT**. Defendant Endurance America Insurance Company, the sole

1

remaining Defendant in this action, shall answer or otherwise respond to Plaintiff's First Amended Complaint by no later than **December 13, 2023**.

**IT IS SO ORDERED**.

Dated: October 11, 2023

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 11, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126