UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBRIA TERESE HARRIS,

    Plaintiff,

v.

    Case No. 23-cv-12350
    Hon. Matthew F. Leitman

ENDURANCE AMERICA
INSURANCE COMPANY, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the orders entered on October 11, 2023, and on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims against the Defendants are **DISMISSED**.

    KINIKIA ESSIX
    CLERK OF COURT

    By:    s/Holly A. Ryan
            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 16, 2024
Detroit, Michigan

1